UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE A. AGUIRRE BERNABE, | |
| Petitioner, | Case No. C26-00031-RSM |
| v. | ORDER DENYING AS MOOT PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR, | |
| Respondent. | |

This matter comes before the Court on Petitioner Jose A. Aguirre Bernabe's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Dkt. #1. Petitioner requests a bond review and release. *Id*. at 3.

On January 21, 2026, the Government filed a Notice of Intent to Remove, stating that Petitioner would be removed to Mexico that weekend. Dkt. #9. On January 27, the Government filed a Notice of Removal, confirming that Petitioner was removed from the United States to Mexico on January 25, 2026. Dkt. #10. Accordingly, because Petitioner sought release from detention and is no longer in the United States, the petition is now moot. See Abdala v. INS, 488 F.3d 1061, 1064 (9th Cir. 2007) (holding that "for a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition").

ORDER - 1

Having reviewed the instant Petition, the Government's responsive filings, and the remainder of the record, the Court hereby finds and ORDERS that Petitioner's habeas petition, Dkt. #1, is DENIED as moot.  The Clerk is directed to close this case.

DATED this 26th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2